**FRUIT GROWERS EXPRESS COMPANY**

v.

**John H. NORBERG.**

**No. 81–185–M.P.**

Supreme Court of Rhode Island.

April 30, 1981.

Edwards & Angell, William P. Robinson III, Alfred S. Lombardi, Providence, for petitioner.

**429**

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Asst. Atty. Gen., Perry Shatkin, Chief Legal Officer (Taxation), Providence, for respondent.

### ORDER

The petition for writ of certiorari is granted.